No. 72–5434.   HINTON v. NEW YORK.   Ct. App. N. Y.
Certiorari denied.

No. 72–5464.   RICHARDSON v. RUNDLE, CORRECTIONAL
SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 72–5469.   PETERSON v. SLAYTON, PENITENTIARY
SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 72–5542.   SANTELLANES v. UNITED STATES; and
No. 72–5657.   TELLEZ v. UNITED STATES.   C. A. 5th
Cir.   Certiorari denied.   Reported below: 463 F. 2d
1136.

No. 72–5622.   NICHOLS v. UNITED STATES.   C. A. 5th
Cir.   Certiorari denied.

No. 72–5630.   McINTYRE ET AL. v. UNITED STATES.
C. A. 8th Cir.   Certiorari denied.

No. 72–5639.   MAZATINI v. UNITED STATES.   C. A. 5th
Cir.   Certiorari denied.

No. 72–5652.   MELENDEZ v. UNITED STATES.   C. A.
2d Cir.   Certiorari denied.

No. 72–5668.   McFADDEN v. UNITED STATES.   C. A.
6th Cir.   Certiorari denied.

No. 72–5673.   TRIGG v. UNITED STATES.   C. A. 7th Cir.
Certiorari denied.

No. 72–5682.   JONES v. UNITED STATES.   C. A. 7th Cir.
Certiorari denied.

No. 72–5686.   DE TIENNE v. UNITED STATES; and
No. 72–5812.   ASKINS v. UNITED STATES.   C. A. 7th
Cir.   Certiorari denied.   Reported below: 468 F. 2d 151.